**Opinion filed February 6, 2025**



## In The

# Eleventh Court of Appeals

_____

## No. 11-24-00317-CV

_____

## 4 STAR GENERAL CONTRACTING, INC., Appellant

## V.

## THE ODESSA FAMILY YMCA, Appellee

### On Appeal from the 161st District Court
### Ector County, Texas
### Trial Court Cause No. B24101205CV

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss the appeal. In the motion, Appellant states that the parties have reached an agreement, "pursuant to which Appellant promised and agreed to dismiss this appeal." *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS

February 6, 2025                                JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.